**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY GRECO | ) Case No.: 2:17-cv-02362-JCM-NJK |
|         Plaintiff, | ) |
| | ) [~~PROPOSED~~] ORDER EXTENDING |
| v. | ) BRIEFING SCHEDULE |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security. | ) |
| | ) |
|         Defendant. | ) |
| | ) |
| | ) |
| _____ | ) |

     Based upon the stipulation of the parties, and for cause shown,

     IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include January 24, 2018, in which to file Plaintiff's Motion for Reversal and/or Remand; and that all other deadlines set forth in the November 22, 2017 Case Management Order shall be extended accordingly.  IT IS SO ORDERED.

DATE

12/29/2017

_____

THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

-1-