# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRACY GRECO,

           Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

           Defendant.

Case No. 2:17-cv-02362-JCM-NJK

**ORDER**

(Docket No. 16)

      Pending before the Court is the parties' stipulation to modify the briefing schedule, filed on January 31, 2018. Docket No. 16. On December 29, 2017, the Court granted the parties' first stipulation for an extension for Plaintiff to file her motion for reversal and/or remand no later than January 24, 2018. Docket No. 15; *see also* Docket No. 14. In the instant stipulation, the parties request an extension for Plaintiff to file her motion for reversal and/or remand from January 24, 2018 to January 31, 2018. Docket No. 16. Local Rule IA 6-1 requires that a request for extension made after the expiration of a deadline must be supported by excusable neglect. The parties have failed to address, let alone show, excusable neglect.

//

//

//

//

//

//

The parties also request an extension for Defendant to file its opposition to March 2, 2018. *Id.* As a one time courtesy, the Court **GRANTS** the parties' stipulation.[1]  *Id.*

IT IS SO ORDERED.

DATED: February 1, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff already filed her motion for reversal and/or remand on January 31, 2018. Docket No. 18.